# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ed Hull,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jo Ann Bowlus, an Individual; Major Surplus and Survival, Inc., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-11026-JAK-AFM<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 25)**<br><br>JS-6 |

Based on a review of the Joint Stipulation For Dismissal With Prejudice (the "Stipulation" (Dkt. 25)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this Action is dismissed with prejudice in its entirety. Each party will be responsible for its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 13, 2021

　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　United States District Judge